PROB 12C
(Rev. 6/22)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

Eastern District of Kentucky
FILED

AUG 29 2022

At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

Name of Person Under Supervision: Lauren Ashley Powell    Case Number: 7:19-CR-023-S-REW-07

Register/USM Number: 22964-032

Name of Sentencing Judicial Officer: Honorable Robert E. Wier, U.S. District Judge

Date of Original Sentence: December 10, 2021

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine

Original Sentence: 27 months imprisonment; 4 years supervised release

Type of Supervision: Term of Supervised Release    Date Supervision Commenced: 12/21/2021

Asst. U.S. Attorney: William Samuel Dotson    Defense Attorney: Sebastian M. Joy

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of a controlled substance |
| 2 | Commission of a crime |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

  ☒ Revoked.

August 26, 2022
Page 2

RE: Powell, Lauren Ashley
    Dkt. # 7:19-CR-023-S-REW-07
    <u>PROB 12C</u>

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/26/2022

*Travis O'Bryan* (signature)

Travis O'Bryan
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

_____
Signature of Judicial Officer

8/29/2022
Date