UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:19-CR-23-REW-EBA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LAUREN ASHLEY POWELL, | ) | |
| | ) | |
| Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

On September 9, 2022, Defendant Lauren Ashley Powell appeared before United States Magistrate Judge Edward B. Atkins for a final revocation hearing on charges of violating supervised release. *See* DE 480 (Minute Entry for Final Revocation Hearing). Powell admitted to two violations of her conditions of supervised release; the violations turn on drug use and the implicated possessory crime. *See id.* at 1.

Accordingly, Judge Atkins entered a recommended disposition. *See* DE 481 (Report and Recommendations). Judge Atkins recommended the Court find Powell guilty of the charged violations, revoke her supervision, and sentence Powell to a term of six months' incarceration with directions that upon release she resume the unexpired period of supervision. *See id.* at 5-6. Powell, on notice, waived allocution and any objection to Judge Atkins's recommendation. *See* DE 482 (Notice of Filing). The Government has not filed any objections. The Court has reviewed the full record and finds the result crafted by Judge Atkins appropriate.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019)

(noting that the Sixth Circuit has "long held that, when a defendant does 'not raise [an] argument in his objections to the magistrate[ judge]'s report and recommendation . . . [he] has [forfeited] his right to raise this issue on appeal.'" (alterations in original) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996))); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); Fed. R. Crim. P. 59(b)(2)–(3) (limiting de novo review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

Thus, with no objection from any party and on full review of the record, the Court **ORDERS** as follows:

1. The Court **ADOPTS** DE 481; and

2. The Court finds Powell **GUILTY** of the charged violations, **REVOKES** her supervision, and **SENTENCES** her to a term of **SIX MONTHS' INCARCERATION.** After service of that term, Powell shall return to supervision on the prior terms and for the remaining unexpired period as previously imposed.

This the 31st day of October, 2022.

Signed By:
*Robert E. Wier*
**United States District Judge**